312 So.2d 52

### In re James Robert WEST, Jr.

v.

### STATE.

### Ex parte James Robert West, Jr.

### SC 1203.

Supreme Court of Alabama.

April 24, 1975.

Reynolds T. Alonzo, Mobile, for petitioner.

MERRILL, Justice.

Petition of James Robert West, Jr. for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in West v. *State*, 54 Ala.App. 647, 312 So.2d 345.

Writ denied.

HEFLIN, C. J., and MADDOX, JONES and SHORES, JJ., concur.

314 So.2d 905

### In re John Henry WILLIAMS

v.

### STATE of Alabama.

### Ex parte John Henry Williams.

### SC 1297.

Supreme Court of Alabama.

June 12, 1975.

Rehearing Denied July 17, 1975.

Myron H. Thompson, Dothan, for petitioner.

BLOODWORTH, Justice.

Petition of John Henry Williams for Certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Williams v. State, 55 Ala.App. 300, 314 So.2d 902.

Writ denied.

HEFLIN, C. J., and FAULKNER, ALMON and EMBRY, JJ., concur.

317 So.2d 500

### In re WINSTON INDUSTRIES, INC.

v.

### STUYVESANT INSURANCE CO.

### Ex parte Winston Industries, Inc.

### SC 1388.

Supreme Court of Alabama.

Aug. 21, 1975.

James N. Brown, III, Birmingham, for petitioner.

FAULKNER, Justice.

Petition of Winston Industries, Inc. for Certiorari to the Court of Civil Appeals to review and revise the judgment and decision of that Court in *Winston Industries, Inc. v. Stuyvesant Insurance Co.*, 55 Ala. App. 525, 317 So.2d 493.

Writ denied.

HEFLIN, C. J., and BLOODWORTH, ALMON and EMBRY, JJ., concur.